**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6668**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY SINCLAIR WILLIAMS-EL,

Defendant - Appellant.

———————

**No. 98-6775**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY SINCLAIR WILLIAMS-EL,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-92-83)

———————

Submitted: July 30, 1998          Decided: August 26, 1998

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larry Sinclair Williams-El, Appellant Pro Se.  John Patrick Rowley, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 98-6668, Larry Sinclair Williams-El appeals the district court's order denying his motion for a reduction of sentence, 18 U.S.C. § 3582(c) (1994). In No. 98-6775, Williams-El appeals from the denial of his motion challenging the $50 assessment imposed as part of his sentence and also challenging the consecutive supervised release terms. Our review of the records and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Williams-El, No. CR-92-83 (E.D. Va. Apr. 14 & May 4, 1998). We deny the motion to stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED